**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:25-cv-00076-MR-WCM**

**CATHERINE NICHOLSON,**

**Plaintiff,**

**vs.**

**HCA HEALTHCARE, INC., JAMIE GOSNELL, JARED ALLEN, MEGAN TIPTON, HEATHER MCFARLAND THORP, KRISTEN TILGHMAN, CHRISTOPHER BERRY, KELLY BRADY, AMANDA CARVER, NINA MURCHISON, EVADORA BOYD, JENNIFER MCFADDEN, TERI CLARK, and CHARLENE ATKINSON,**

**Defendants.**

**MEMORANDUM OF DECISION AND ORDER**

**THIS MATTER** is before the Court on Defendants Jared Allen and Megan Tipton's Motion to Dismiss (the "Motion to Dismiss") [Doc. 112], the Plaintiff's Motion for Extension of Time to Complete Service on Defendants Jared Allen and Megan Tipton (the "Motion to Extend") [Doc. 115], and the Magistrate Judge's Memorandum and Recommendation [Doc. 119] regarding the disposition of those motions.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the motions and to submit a recommendation for their disposition. On October 30, 2026, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the Defendants' Motion to Dismiss be granted and the Plaintiff's Motion to Extend be denied. [Doc. 119]. The Magistrate Judge further recommended that the claims against Defendants Allen and Tipton be dismissed without prejudice. [Id.]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 11]. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Memorandum and Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation regarding the pending motions.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 119] is **ACCEPTED**; Defendants Jared Allen and Megan Tipton's Motion to Dismiss [Doc. 112] is **GRANTED**; the Plaintiff's Motion to Extend [Doc. 115] is **DENIED**; and the Plaintiff's claims against Defendants Allen and Tipton are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 19, 2026

Martin Reidinger
Chief United States District Judge